IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00254-REB-KMT

MARY MCCLENAHAN,

      Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,
a New York Insurance Company, and
THE KROGER CO. HEALTH AND WELFARE BENEFIT PLAN,
an ERISA welfare benefit plan,

      Defendants.

---

**ORDER**

---

This matter is before the court on defendant Metropolitan Life Insurance Company's

"Unopposed Motion of MetLife and the Plan Seeking Leave for MetLife's Representative to

Participate in Settlement Conference by Telephone" [Doc. No. 23, filed July 16, 2008] and

"Plaintiff's Unopposed Motion for Leave to Participate in the Settlement Conference by

Telephone" [Doc. No. 25, filed July 17, 2008].

Both motions are DENIED.

The settlement conference now scheduled for August 5, 2008 is hereby VACATED.

Should the parties wish the court to expend its limited resources attempting to mediate their dispute in the future, counsel may place a conference call to chambers at (303) 335-2780 to obtain a new setting.

Dated this 28th day of July, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge