**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00254-REB-KMT

MARY McCLENAHAN,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, a New York Insurance Company, and THE KROGER CO. HEALTH AND WELFARE BENEFIT PLAN, an ERISA welfare benefit plan,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on **Plaintiff's Cross-Motion For Summary Judgment to Reverse Defendants' Decision to Terminate Her Long-Term Disability Benefits** [#35], and the **Memorandum Brief in Support of Plaintiff's Cross-Motion For Summary Judgment to Reverse Defendants' Decision to Terminate Her Long-Term Disability Benefits** [#36] both filed November 7, 2008. The motion and the brief are **STRICKEN** for failure to comply with this court's **Minute Order** [#32] entered November 4, 2008, limiting the number of pages to thirty (30).

    Dated: November 7, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.