**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00254-REB-KMT

MARY McCLENAHAN,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, a New York Insurance Company, and THE KROGER CO. HEALTH AND WELFARE BENEFIT PLAN, an ERISA welfare benefit plan,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Plaintiff's Unopposed Request For Oral Argument/Hearing on Pending Dispositive Motions in This ERISA-Governed Case** [#55], filed February 18, 2009. The motion is **DENIED**. The court will issue an order addressing the pending motion for summary judgment as soon as practicable.

    Dated: February 19, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.